**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TROY RODDY,** *et al*  PLAINTIFFS
**ADC #103051**

**VS.**                    **1:15CV00122 BRW/PSH**

**BRAWLEY,** *et al*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 9) submitted by United States Magistrate Judge Patricia S. Harris and Plaintiff's objections. After careful consideration, the Proposed Findings and Partial Recommended Disposition are approved and adopted as this Court's findings in all respects.

Accordingly, Plaintiffs Andre Roddy, Jermarkeyon Spearmint, Audrey Gardener, Nellie Brown Lee, and Shirley Key Gardner, are DISMISSED WITHOUT PREJUDICE. Plaintiff's claims against Brawley, Johnson, and Jane Doe, are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE