IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TROY RODDY, ADC #103051**                                                            **PLAINTIFFS**

**VS.**                                    **1:15CV00122 BRW/PSH**

**BRAWLEY,** *et al.*                                                                  **DEFENDANTS**

**ORDER**

Pending is a Recommended Disposition (Doc. No. 43) from United States Magistrate Judge Patricia S. Harris. Plaintiff has filed objection.[1] For the reasons set out below, the Recommended Disposition is adopted as this Court's findings in all respects.

Defendants requested that Plaintiff's *in forma pauperis* status be revoked because he is a "three-striker" under the PLRA and has not shown that he is in imminent danger. However, Plaintiff claims that he has hepatitis C and is not being treated properly. Defendants argue that Plaintiff does not have hepatitis C, and provided medical records purporting to support their position. However, a medical note from August 24, 2015 indicates that a nurse "gave [Plaintiff] material regarding his +Hep C lab results."[2]

Defendants were directed to supplement the record with the relevant medical records and provide a doctor's explanation of the records.[3] In an affidavit, Dr. Robert Floss explained how to read the hepatitis C results, indicated that he reviewed Plaintiff's records from 2009 forward, and concluded that Plaintiff has never tested positive for hepatitis C.[4] Dr. Floss noted that a test from

---

[1] Doc. Nos. 46, 52.

[2] Doc. No. 34-1.

[3] Doc. No. 49

[4] Doc. No. 50-1.

October 20, 2015 indicated that Plaintiff was negative for hepatitis C.  He also notes that on September 24, 2015, a test indicated that Plaintiff's liver was functioning normally.  Both of these tests were conducted <u>after</u> the date Plaintiff claims he was diagnosed with hepatitis C.

In response to Defendants' supplement, Plaintiff argues that he was never retested, and Defendants have manipulated the medical records.[5]  Plaintiff's conclusory allegations are unsupported by the record.  First, the tests were conducted by a third-party laboratory, not Defendants.  Second, on October 20, 2015, Plaintiff was advised that he had previously been misinformed regarding his hepatitis C status and was offered another screening for hepatitis C.[6]  Despite Plaintiff's continued claim that he has hepatitis C and his ailments stem from that, the October 20, 2015 lab report showed him negative for hepatitis C.[7]  So, either Plaintiff no longer has hepatitis C or he never had it (which is more likely, since it is typically a chronic disease).

## CONCLUSION

After careful consideration, the Recommended Disposition are approved and adopted as this Court's findings in all respects.  Accordingly Defendants' Motion to Revoke Plaintiff's *in forma pauperis* status (Doc. No. 34) is GRANTED, and Plaintiff's case is DISMISSED, without prejudice.  If Plaintiff pays the full $400.00 filing and administrative fees, and files a motion toreopen, within 30 days of the date of this order, the case will be reopened.  Plaintiff's Motion

---

[5] Doc. No. 52.

[6] Doc. No. 34-1.

[7] *Id.*

for Subpoena of Accurate Lab Report (Doc. No. 51) and Motion to Appoint Counsel (Doc. No. 53) are DENIED.

An *in forma pauperis* appeal taken from the order and judgment dismissing this case would be frivolous and not in good faith.

IT IS SO ORDERED this 1st day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE